UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>DOES 1-5011,<br><br>　　　　Defendant(s). | No. C10-4472 BZ<br><br>**SEALING ORDER** |

The Court is satisfied that good cause exists to protect the privacy of defendants **DOE M** and **DOE T**. Accordingly, **IT IS HEREBY ORDERED** that all documents that relate to defendants **DOE M** or **DOE T**, that have been filed in this case shall be maintained **UNDER SEAL** and any **new** documents which relate to **DOE M** or **DOE T** that have been filed in this case shall be maintained **UNDER SEAL**.

Dated: May 23, 2011

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\SEALING ORDER.wpd

1