UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>DOES 1-5011,<br><br>Defendant(s). | No. C10-4472 BZ<br><br>**BRIEFING ORDER RE DOE 406'S MOTION TO QUASH SUBPOENA** |

Having received a motion to quash plaintiff's subpoena from Doe 406, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **June 7, 2011**.

2. Doe 406's reply, if any, shall be filed by **June 21, 2011**.

3. The hearing scheduled for **July 6, 2011** is **TAKEN OFF CALENDAR**. The Court will schedule a hearing only if it

///
///
///

1

determines one is necessary.

Dated: May 25, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\THIRD BRIEFING ORDER RE MOTION TO QUASH 1.wpd