UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>  Plaintiff(s),<br><br>  v.<br><br>DOES 1-5011,<br><br>  Defendant(s). | No. C10-4472 BZ<br><br>**FOURTH BRIEFING ORDER RE MOTION TO QUASH SUBPOENA** |

Having received a motion to quash plaintiff's subpoena from Doe 703, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **July 13, 2011.** Doe 703's reply, if any, shall be filed by **July 27, 2011.**

2. The Court will schedule a hearing only if it determines one is necessary.

Dated: June 23, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\FOURTH BRIEFING ORDER RE MOTION TO QUASH 1.wpd

1