UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>          Plaintiff(s),<br><br>     v.<br><br>DOES 1-5011,<br><br>          Defendant(s). | No. C10-4472 BZ<br><br>**ORDER TO SHOW CAUSE** |

**IT IS HEREBY ORDERED** that by **July 13, 2011**, plaintiff shall show cause in writing why this case should not be dismissed as to all Doe defendants but Doe 1 for misjoinder of parties and improper venue. See <u>Diabolic Video Productions, Inc. v. Does 1-2099</u>, 10-CV-05865-PSG, Docket No. 16 (N.D. Cal. 2011); <u>Lightspeed v. Does 1-1000</u>, 2011 U.S. Dist. LEXIS 35392 (N.D. Ill. 2011). Any Doe defendant who wishes to file an opposition to plaintiff's response to the Order to Show Cause shall do so by **July 27, 2011.** Any reply shall be filed by **August 3, 2011**. Any document which identifies a DOE defendant may be filed under seal. A hearing on the Order to Show is

1

scheduled for **Wednesday, August 24, 2011 at 10:00 a.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  DOE defendants may, but need not, attend.

Dated: June 24, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER TO SHOW CAUSE.wpd