1  Ira M. Siegel, Cal. State Bar No. 78142
   email address: irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:    310-435-7656
4  Fax:    310-657-2187

5  Attorney for On The Cheap, LLC DBA Tru Filth, LLC

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11  On The Cheap, LLC DBA Tru Filth, LLC, a     CASE NO. CV 10-04472 BZ
    California corporation,
12                                              **STIPULATION TO WITHDRAW DOE
                          Plaintiff,            M'S MOTIONS (ECF ##S 15, 16, 17
13                                              AND 18)**
                 v.
14
    DOES 1-5011,
15                        Defendants.

16       WHEREAS, Plaintiff and Defendant Doe M have reached a settlement in principle, as

17  confirmed by the attached email from Doe M's lawyer to the undersigned, and

18       WHEREAS, Plaintiff and Defendant Doe M agree that Doe M's motions, contained in

19  Documents ## 15, 16, 17, and 18, should be removed from the Court's calendar as confirmed by

20  the attached email from Doe M's lawyer,

21       IT IS HEREBY STIPULATED THAT Doe M's motions, Documents ## 15,16, 17, and

22  18, be withdrawn.

23                               Respectfully submitted,

24  Date: July 6, 2011           *Ira M. Siegel*
                                 Ira M. Siegel, Cal. State Bar No. 78142
25                               email address: irasiegel@earthlink.net
                                 LAW OFFICES OF IRA M. SIEGEL
26                               433 N. Camden Drive, Suite 970
                                 Beverly Hills, California 90210-44
27                               Tel:    310-435-7656
                                 Fax:    310-657-2187
28                               Attorney for Plaintiff On The Cheap        Filth, LLC
         DATED: 7/11/2011

IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

Stipulation to Withdraw Doe M's Motions - CV 10-04472 BZ