| | |
|---|---|
| 1 | Ira M. Siegel, Cal. State Bar No. 78142 |
| | email address:  irasiegel@earthlink.net |
| 2 | LAW OFFICES OF IRA M. SIEGEL |
| | 433 N. Camden Drive, Suite 970 |
| 3 | Beverly Hills, California 90210-4426 |
| | Tel:      310-435-7656 |
| 4 | Fax:     310-657-2187 |
| 5 | Attorney for On The Cheap, LLC DBA Tru Filth, LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| On The Cheap, LLC DBA Tru Filth, LLC, a California corporation, | CASE NO. CV 10-04472 BZ |
|---|---|
| Plaintiff, | **DECLARATIONON OF IRA M. SIEGEL IN CONNECTION WTIH PLAINTIFF'S OPPOSITION TO MOTION OF PUTATIVE DEFENDANT "DOE 75.105.12.149"** |
| v. | |
| DOES 1-5011, | |
| Defendants. | **JUDGE:  BERNARD ZIMMERMAN,** United States Magistrate Judge |
| | **Date and Time:**    Not Set |
| | **Courtroom:**           C–15th Floor |

I, Ira M. Siegel, declare as follows:

1.          I am an attorney at law licensed to practice in California.  I am also a member of the bar of this Court.  My business address is 433 N. Camden Drive, Suite 970, Beverly Hills, California 90210.  I am counsel of record for Plaintiff in the above-captioned action.

2.          IP address "75.105.12.149" is NOT listed in Exhibit A of the First Amended Complaint in this action.

3. I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, except for those matters stated or information and belief, and those matters I believe to be true, and if called upon to testify I can competently testify as set forth above.

Executed on July 14, 2011 in Los Angeles, California.

Ira M. Siegel

**PROOF OF SERVICE**

I, Ira M. Siegel, hereby certify that I am a resident of the County of Los Angeles in California; I am over the age of eighteen years and am not a party to the within entitled action; and my business address is 433 N. Camden Drive, Suite 970, Beverly Hills, California 90210. I served a redacted version of the foregoing

**DECLARATIONON OF IRA M. SIEGEL IN CONNECTION WTIH PLAINTIFF'S OPPOSITION TO MOTION OF PUTATIVE DEFENDANT "DOE 75.105.12.149"**

on the interested parties in said action by placing a true copy thereof in sealed envelopes addressed as follows:

Putative defendant Doe 703
NONE-This movant provided no address whatsoever.

Putative defendant Doe M:
NONE-This putative defendant has withdrawn his, her or its appearance.

Putative defendant Doe T:
At email of Doe T.

Putative defendant "Doe 75.105.12.149"
At email of lawyer contact given by that Doe

Doe 406:
c/o
Custodian of Records Verizon Internet Services
Legal Compliance
P.O. Box 1001, TXD01316
San Antonio, TX 76902

and depositing each such envelope with United States first class mail postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California, or by sending it by email as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2011 at Los Angeles, California.

_Ira M. Siegel_
Ira M. Siegel