EDWARDS ANGELL PALMER & DODGE LLP
Jon-Paul Lapointe, Bar No. 250546
jlapointe@eapdlaw.com
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone:  949.423.2100
Facsimile:  949.423.2101

CROSBY & ROWELL LLP
William B. Rowell, Bar No. 178587
The American Bag Building
299 Third Street, Second Floor
Oakland, CA 94607
Telephone: (510) 267-0300
Facsimile: (510) 839-6610

Attorney for Movant
John Doe 70.109.224.221

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation, doing business as Tru Filth, LLC<br><br>Plaintiff,<br><br>v.<br><br>Does 1-5011,<br><br>Defendant(s). | Case No. CV 10-04472 BZ<br><br>**Administrative Motion of John Doe 70.109.224.221 to File Under Seal**<br><br>**JUDGE: BERNARD ZIMMERMAN**, United States Magistrate Judge<br><br>**Date and Time:** September 7, 2011 at 10:00 am<br>**Courtroom:** C – 15th Floor |

PLEASE TAKE NOTICE that the Date and Time for Hearing on this Administrative Motion of John Doe 70.109.224.221 to File Under Seal is as follows: September 7, 2011 at 10:00 am.

Defendant John Doe 70.109.224.221, in accordance with Civil L. R. 79-5(c) and this

Court's February 3, 2011 <u>Order Granting Plaintiff Leave To Take Early Discovery</u>, Doc. No. 10, moves to file a portion of the following document under seal: A redacted version indicating the sealable information has been submitted to the Court and a description of the sealable portion is indicated in parenthesis:

> **Declaration of John Doe, IP Address 70.109.224.221, In Support Of Motion To Quash Subpoena** (Movant's city and state of residence)

The portion of the document sought to be filed under seal contains personally identifying information, namely the city and state of residence of the individual associated with the Internet Service Provider Verizon Online ("Verizon") at I.P. Address 70.109.224.221. This is the very information Movant seeks to protect by filing his Motion to Quash Subpoena. It would amount to a substantial injustice to allow Movant's personally identifying information to be released prior to this Court ruling on his Motion to Quash and, therefore, John Doe 70.109.224.221 respectfully moves this Court for permission to file portions of documents under seal, specifically those portions containing personally identifying information.

In accordance with Civil L. R. 7-11, on behalf of the undersigned Mark A. Pogue spoke by telephone with counsel for ON THE CHEAP, LLC on Thursday, July 28, 2011 to inquire whether a stipulation could be obtained. <u>See</u> Declaration of Mark A. Pogue, ¶ 2 filed herewith. Counsel for ON THE CHEAP, LLC did not agree to a stipulation. <u>See Id.</u> at ¶ 3.

Respectfully submitted,

Dated: July 29, 2011

Edwards Angell Palmer & Dodge LLP

By: _____
Jon-Paul Lapointe
Attorneys for Movant
John Doe 70.109.224.221

EDWARDS ANGELL
PALMER & DODGE
LLP

PRV 1146568.1

- 2 -

Case No. 10-04472 (BZ)-Administrative Motion of John
Doe 70.109.224.221 to File Under Seal

# CERTIFICATE OF SERVICE

I, Laina L. Anderson hereby certify that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within-entitled action. My business address is 660 Newport Center Drive, Suite 900, Newport Beach, California 92660. On July 29, 2011, I served a true and correct copy of the foregoing

**Administrative Motion of John Doe 70.109.224.221 to File Under Seal**

via the Court's Electronic Case Management System (under seal) pursuant to General Order No. 62 and by hand delivery to the Clerk, United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on July 29, 2011, at Newport Beach, California.

/s/ _____
Laina L. Anderson