EDWARDS ANGELL PALMER & DODGE LLP
Jon-Paul Lapointe, Bar No. 250546
jlapointe@eapdlaw.com
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone:   949.423.2100
Facsimile:   949.423.2101

CROSBY & ROWELL LLP
William B. Rowell, Bar No. 178587
The American Bag Building
299 Third Street, Second Floor
Oakland, CA 94607
Telephone: (510) 267-0300
Facsimile: (510) 839-6610

Attorney for Movant
John Doe 70.109.224.221

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation, doing business as Tru Filth, LLC<br><br>Plaintiff,<br><br>v.<br><br>Does 1-5011,<br><br>Defendant(s). | Case No. CV 10-04472 BZ<br><br>**Motion to Proceed Anonymously as John Doe 70.109.224.221**<br><br>**JUDGE: BERNARD ZIMMERMAN,** United States Magistrate Judge<br><br>**Date and Time:** September 7, 2011 at 10:00 am<br>**Courtroom:** C – 15th Floor |

PLEASE TAKE NOTICE, that the Date and Time for Hearing on this Motion to Proceed Anonymously as John Doe 70.109.224.221 is as follows: September 7, 2011 at 10:00 am.

Movant (hereinafter John Doe 70.109.224.221 or Movant), by and through his attorney, respectfully requests that this Honorable Court permit him to proceed anonymously as John Doe 70.109.224.221 and in support of this motion, states as follows:

The Movant recognizes the importance of public access to court proceedings. However,

1  Movant is not seeking leave from the Court to proceed pseudonymously through the trial stage of
2  the case, if any, but is seeking the much narrower privilege of pseudonymously challenging the
3  propriety of a subpoena during the pretrial phase of the litigation.

4      On or about June 30, 2011, Movant received a letter from his Internet Service Provider
5  Verizon Online ("Verizon"), a redacted version of which is attached hereto as Exhibit A. The
6  letter identified John Doe's I.P. Address as 70.109.224.221 and attached a subpoena requiring
7  Verizon to disclose his name, address and other personally identifying information. Pursuant to
8  this Court's February 3, 2011 <u>Order Granting Plaintiff Leave To Take Early Discovery</u>, Doc. No.
9  10, subscribers in receipt of a copy of such a subpoena have 30 days from the date of service
10 upon them to contest the subpoena. Movant has contested the subpoena through the
11 contemporaneously filed Motion to Quash Subpoena.

12     Anonymity has been granted to parties in cases addressing parties' rights to privacy
13 where the injury being litigated against (the disclosure of personally identifiable information)
14 would be incurred should the party be required to disclose its identity. See <u>Roe v. Ingraham</u>,
15 364 F. Supp. 536, 541 (S.D.N.Y. 1973). Such a privacy claim exists here; Movant cannot
16 disclose his identity without incurring the very injury being litigated against.

17     As discussed more fully in Movant's Motion to Quash Subpoena, this Court lacks
18 personal jurisdiction over John Doe 70.109.224.221. Accordingly, having provided his identity
19 to the Court, Movant requests to be permitted to proceed under the pseudonym John Doe
20 70.109.224.221.

21  Dated: July 29, 2011

Respectfully submitted,
Edwards Angell Palmer & Dodge LLP

By: _____
Jon-Paul Lapointe
Attorneys for Movant
John Doe 70.109.224.221

EDWARDS ANGELL
PALMER & DODGE
LLP

PRV 1146948.1

- 2 -

Motion to Proceed Anonymously as John Doe
70.109.224.221

# CERTIFICATE OF SERVICE

I, _____, hereby certify that I am employed in the County of _____, State of California. I am over the age of 18 and not a party to the within-entitled action. My business address is 660 Newport Center Drive, Suite 900, Newport Beach, California 92660. On July 29, 2011, I served I served a true and correct copy of the foregoing

**Motion to Proceed Anonymously as John Doe 70.109.224.221**

on all parties and counsel of record via the Court's Electronic Case Management System:

Ira M. Siegel
irasiegel@earthlink.net
Law Offices of Ira M. Siegel
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210-4426
Phone: (310) 435-7656
Facsimile: (310) 657-2187
Attorney for On The Cheap, LLC

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed on July 29, 2011, at _____.

/s/ _____