EDWARDS ANGELL PALMER & DODGE LLP
Jon-Paul Lapointe, Bar No. 250546
jlapointe@eapdlaw.com
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: 949.423.2100
Facsimile: 949.423.2101

CROSBY & ROWELL LLP
William B. Rowell, Bar No. 178587
The American Bag Building
299 Third Street, Second Floor
Oakland, CA 94607
Telephone: (510) 267-0300
Facsimile: (510) 839-6610

Attorneys for Movant
John Doe 70.109.224.221.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation, doing business as Tru Filth, LLC<br><br>Plaintiff,<br><br>v.<br><br>Does 1-5011,<br><br>Defendant(s). | Case No. CV 10-04472 BZ<br><br>**Motion Of John Doe, I.P. Address 70.109.224.221, To Quash Subpoena Pursuant to Fed. R. Civ. P. 45(c)(3)**<br><br>**JUDGE: BERNARD ZIMMERMAN,** United States Magistrate Judge<br><br>**Date and Time:** September 7, 2011 at 10:00 am<br>**Courtroom:** C – 15th Floor |

PLEASE TAKE NOTICE that the Date and Time for Hearing on this Motion of John Doe 70.109.224.221 To Quash Subpoena is as follows: September 7, 2011 at 10:00 am.

Movant John Doe, identified by the I.P. Address No. 70.109.224.221, (hereinafter "John Doe 70.109.224.221"), through his attorney, moves this Honorable Court to quash the portion of the subpoena dated March 22, 2011 directing Verizon Online (hereinafter "Verizon"), an internet service provider, to produce personal identifying information relating to the IP address

70.109.224.221 on the grounds of lack of personal jurisdiction. A redacted copy of this letter and subpoena is attached hereto as Exhibit A. This motion is submitted on behalf of John Doe 70.109.224.221 only.

    In support of this motion, Movant directs the Court's attention to the Memorandum of Points and Authorities filed herewith.

Respectfully submitted,

Dated: July 29, 2011

Edwards Angell Palmer & Dodge LLP

By: /s/ Jon-Paul Lapointe
Jon-Paul Lapointe
Attorney for Movant
John Doe 70.109.224.221

EDWARDS ANGELL
PALMER & DODGE
LLP
ATTORNEYS AT LAW

PRV 1146543.1

- 2 -

Motion Of John Doe, I.P. Address 70.109.224.221, To Quash Subpoena