UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>      Plaintiff(s),<br><br>  v.<br><br>DOES 1-5011,<br><br>      Defendant(s). | No. C10-4472 BZ<br><br>**ORDER GRANTING MOTION TO FILE AMICUS BRIEF** |

**IT IS ORDERED** that the motion of Electronic Frontier Foundation for leave to file an Amicus brief is **GRANTED**. If plaintiff wishes to file a reply, it shall do so by **Monday, August 22, 2011.** Counsel for Amicus is invited to attend the hearing on **Wednesday, August 24, 2011 at 10:00 a.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 18, 2011

                                        /s/ Bernard Zimmerman
                                        Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER GRANTING MOT TO FILE AMICUS BRIEF.wpd

1