## CIVIL MINUTES

**Magistrate Judge Bernard Zimmerman**                         time in court: 1hr/7 min

Date:  August 24, 2011

Case No:  **C 10-04472 BZ**

Case Name:  **ON THE CHEAP LLC v. DOES 1-5011**

Plaintiff  Attorney(s):  Ira Siegel

Defendant Attorney(s): for Amicus: Corynne McSherry

Deputy Clerk: **Cora Klein**
Court Reporter: Sahar McVickar

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Order To Show Cause Hearing | submitted |

2.

[ ]Case Management Conference  [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x ]  Court

**Case continued to:**   for

**PRETRIAL SCHEDULE:**

Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
       [ ] Jury  [ ] Court

Notes:


cc:  Chambers

Civmin.frm