UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>    Plaintiff(s),<br><br>  v.<br><br>DOES 1-5011,<br><br>    Defendant(s). | No. C10-4472 BZ<br><br>**POST-HEARING ORDER** |

To assist the Court in understanding some of the issues discussed at today's hearing, plaintiff is **ORDERED**, by **Wednesday, August 31, 2011,** to answer the following questions:

    1.  On what date was Danielle Staub Raw released for public distribution?

    2.  How many copies of Danielle Staub Raw has plaintiff sold?

    3.  What is the total amount plaintiff has received in settlements from any of the doe defendants?

    4.  On what date did plaintiff engage Copyright Enforcement Group to investigate possible infringement of

1

Danielle Staub Raw?

Plaintiff is also **ORDERED** to provide a copy of any form letter it has sent to any doe defendant offering a settlement.

Plaintiff may file this information **under seal** if it wishes.

Dated: August 24, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\POST HEARING ORD.wpd