UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation, <br><br> Plaintiff(s), <br><br> v. <br><br> DOES 1-5011, <br><br> Defendant(s). | No. C10-4472 BZ <br><br> **FIFTH BRIEFING ORDER RE MOTIONS TO QUASH SUBPOENAS** |

Several additional motions to quash have been filed by Doe defendants since the Court issued its Fourth Briefing Order on May 24, 2011. See Docket Nos. 47-50 and 58. If plaintiff wishes to raise any new arguments in response to these motions, it may do so by filing an opposition no later than **September 9, 2011.** Plaintiff does not need to file any opposition if its arguments are substantially similar to those

///

///

///

///

1

1  raised in previous oppositions to other motions to quash.

2  Dated: August 31, 2011

3  _____
4  Bernard Zimmerman
   United States Magistrate Judge

5  G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\FIFTH BRIEFING ORDER RE MOTIONS TO QUASH .wpd

2