UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DOES 1-5011,<br><br>    Defendant(s). | No. C10-4472 BZ<br><br>**ORDER RE HEARING ON MOTION TO QUASH FILED BY DOE 70.109.224.221** |

In view of the Court's Fifth Briefing Order issued on September 1, 2011 (Docket No. 60), the hearing on Doe 70.109.224.221's motion to quash the subpoena scheduled for tomorrow, September 7, 2011, is **TAKEN OFF CALENDAR**. The Court will schedule a hearing at a later time only if it determines one is necessary.

Dated: September 6, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER RE DOE 221 MOTION HEARING.wpd

1