FILED
SEP 12 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ON THE CHEAP, LLC, a )
California Corporation, )
 ) No. C10-4472 BZ
    Plaintiff(s), )
 )
  v. )
 ) **ORDER QUASHING SUBPOENAS**
 )
DOES 1-5011, )
 )
    Defendant(s). )
_____

Before the Court are motions filed by a number of Doe defendants to quash the subpoena seeking their identifying information from an ISP provider. All of the movants are from out-of-state. They typically raise such issues as lack of personal jurisdiction, lack of venue and question why they should be dealing with this issue in San Francisco. Inasmuch as all of these Does have been severed, Docket No. 66, **IT IS ORDERED** that their motions to quash are **GRANTED** and the subpoenas quashed without prejudice to plaintiff seeking a

///

///

1

1 | new subpoena in their respective districts. **IT IS FURTHER**
2 | **ORDERED** that plaintiff shall serve a copy of this Order on
3 | each affected ISP provider by **September 19, 2011.**
4 | Dated: September 12, 2011

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER QUASHING SUBPOENAS.wpd