**FILED**

SEP 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation, ) ) | |
| Plaintiff(s), ) ) | No. C10-4472 BZ |
| v. ) ) | |
| ) | **AMENDED ORDER QUASHING SUBPOENAS** |
| DOES 1-5011, ) ) | |
| Defendant(s). ) | |

    Before the Court are motions filed by a number of Doe defendants to quash the subpoena seeking their identifying information from an ISP provider. All of the movants are from out-of-state. They typically raise such issues as lack of personal jurisdiction, lack of venue and question why they should be dealing with this issue in San Francisco. Inasmuch as all of these Does have been severed, Docket No. 66, **IT IS ORDERED** that the motions to quash of the Does on the attached list are **GRANTED** and the subpoenas quashed without prejudice to plaintiff seeking a new subpoena in their respective districts. **IT IS FURTHER ORDERED** that plaintiff shall serve

1

1 | a copy of this Order on each affected ISP provider by
2 | **September 19, 2011.**
3 | Dated: September 12, 2011

Bernard Zimmerman
United States Magistrate Judge

6 | G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\AMENDED ORDER QUASHING SUBPOENAS.wpd

## ATTACHMENT

This Amended Order Quashing Subpoenas applies to the following Doe defendants:

Doe "T"  - IP Address: 71.222.18.220

Doe 406  - IP Address: 173.79.120.15

Doe 703  - IP Address: 74.109.64.16

Doe      - IP Address: 74.103.188.127

Doe      - IP Address: 75.105.12.149

Doe      - IP Address: 70.109.224.221

Doe 1250- IP Address: 74.110.58.6