1  Ira M. Siegel, Cal. State Bar No. 78142
   email address:  irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:    310-435-7656
4  Fax:    310-657-2187

5  Attorney for On The Cheap, LLC DBA Tru Filth, LLC

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11  On The Cheap, LLC DBA Tru Filth, LLC, a          CASE NO. CV 10-04472 BZ
    California corporation,
12                                                   **Proof of Service Re Doc. #69**
                                   Plaintiff,
13                                                   **JUDGE:  BERNARD ZIMMERMAN,**
                        v.                           United States Magistrate Judge
14  DOES 1-5011,                                     Date:           August 24, 2011
                                                     Time:           10:00 a.m.
15                                  Defendants.      Courtroom:      C–15th Floor

16          The undersigned certifies that a copy of attached Amended Order Quashing Subpoenas is

17  being put in an envelope addressed to the service address on file in Plaintiff's counsel's records

18  for each of the ISP's listed in the tablebelow, and that each such envelope is being deposited in

19  the United States Mail, with prepaid first class postage affixed thereon on September 19, 2011.

20  For an ISP that provides services for multiple IP addresses involved in the subject Order, only a

21  single copy of the Order has been attached.

22          First, as pointed out in Doc. #45, IP address "75.105.12.149" does NOT appear at all in

23  Exhibit A. See, Declaration of Ira M. Siegel in Connection with Plaintiff's Opposition to Motion

24  of Putative Defendant "Doe 75.105.12.149," par. 2. The Court can, of course, itself confirm the

25  absence of that IP address from Exhibit A.  While this may merely be a mistake of the movant,

26  the movant did set forth that IP address at least 6 times in his cover letter to the Court, his

27  motion, and certificate of service.  So, the motion of putative defendant "Doe "75.105.12.149"

28  may be a fraud on the Court.

LIST OF ISPs ASSOCIATED WITH QUASHED SUBPOENAS

| Doe No. | CMID | IP Address | Timestamp | ISP |
|---|---|---|---|---|
| 66 | 191991 | 67.82.57.177 | 20 Jun 2010 20:57:19 -0400 | Optimum Online (Cablevision Systems) |
| 980 | 193001 | 71.222.18.220 | 24 Jun 2010 12:28:06 -0400 | Qwest Communications |
| 406 | 192451 | 173.79.120.15 | 22 Jun 2010 00:47:29 -0400 | Verizon Internet Services |
| 703 | 192704 | 74.109.64.16 | 22 Jun 2010 12:53:22 -0400 | Verizon Internet Services |
| 196 | 192187 | 74.103.188.127 | 20 Jun 2010 21:58:03 -0400 | Verizon Internet Services |
| *** | | 75.105.12.149 | | *** |
| 1177 | 193250 | 70.109.224.221 | 27 Jun 2010 10:31:12 -0400 | Verizon Internet Services |
| 1250 | 193315 | 74.110.58.6 | 25 Jun 2010 09:43:49 -0400 | Verizon Internet Services |

*** See discussion above regarding error or potential fraud on the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date:  September 19, 2011

Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:        310-435-7656
Fax:       310-657-2187

Attorney for Plaintiff On The Cheap, LLC DBA Tru Filth, LLC

1

2          **FILED**

3          SEP 1 2 2011

4          RICHARD W. WIEKING
           CLERK, U.S. DISTRICT COURT,
5          NORTHERN DISTRICT OF CALIFORNIA

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ON THE CHEAP, LLC, a            )
     California Corporation,         )
12                                   )      No. C10-4472 BZ
                  Plaintiff(s),      )
13                                   )
          v.                         )
14                                   )      **AMENDED ORDER QUASHING**
                                     )      **SUBPOENAS**
15   DOES 1-5011,                    )
                                     )
16                Defendant(s).      )
                                     )
17   _____)

18        Before the Court are motions filed by a number of Doe

19   defendants to quash the subpoena seeking their identifying

20   information from an ISP provider.  All of the movants are

21   from out-of-state.  They typically raise such issues as lack

22   of personal jurisdiction, lack of venue and question why they

23   should be dealing with this issue in San Francisco.  Inasmuch

24   as all of these Does have been severed, Docket No. 66, **IT IS**

25   **ORDERED** that the motions to quash of the Does on the attached

26   list are **GRANTED** and the subpoenas quashed without prejudice

27   to plaintiff seeking a new subpoena in their respective

28   districts.  **IT IS FURTHER ORDERED** that plaintiff shall serve

                                1

1    a copy of this Order on each affected ISP provider by

2    **September 19, 2011.**

3    Dated: September 12, 2011

4    _____
                    Bernard Zimmerman

5                   United States Magistrate Judge

6    G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\AMENDED ORDER QUASHING SUBPOENAS.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ATTACHMENT**

This Amended Order Quashing Subpoenas applies to the following Doe defendants:

Doe "T" - IP Address: 71.222.18.220

Doe 406 - IP Address: 173.79.120.15

Doe 703 - IP Address: 74.109.64.16

Doe    - IP Address: 74.103.188.127

Doe    - IP Address: 75.105.12.149

Doe    - IP Address: 70.109.224.221

Doe 1250- IP Address: 74.110.58.6