1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   ON THE CHEAP, LLC, a            )
     California Corporation,         )
12                                   )    No. C10-4472 BZ
                Plaintiff(s),        )
13                                   )
          v.                         )    **ORDER RE MOTIONS**
14                                   )    **TO QUASH THE SUBPOENAS**
                                     )
15   DOES 1-5011,                    )
                                     )
16              Defendant(s).        )
     _____)

17

18        Additional Doe defendants have filed motions to quash

19   since the Court issued its Fifth Briefing Order (Docket No.

20   60) on September 1, 2011.  If plaintiff wishes to raise any

21   new arguments in response to these motions, it may do so by

22   filing an opposition no later than **September 28, 2011.**

23   Plaintiff does not need to file any opposition if its

24   arguments are substantially similar to those raised in

25   previous oppositions to other motions to quash.  If an

26   opposition is filed, any movant may file a reply by

27   **October 5, 2011.**

28        Plaintiff is also ordered to show cause in writing by

1

1   **September 28, 2011**, why the subpoenas should not be quashed

2   for all Doe defendants that are not residents of this

3   District.   The Court will schedule a hearing on this order to

4   show cause only if it deems one is necessary.

5   Dated: September 20, 2011

6   _____
    Bernard Zimmerman

7                     United States Magistrate Judge

8   G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER RE MOTIONS TO QUASH.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2