UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ON THE CHEAP, LLC, a California Corporation, | ) ) ) | |
| Plaintiff(s), | ) ) | No. C10-4472 BZ |
| v. | ) ) | **ORDER RE DOE 231** |
| DOES 1-5011, | ) ) ) | |
| Defendant(s). | ) ) | |

Plaintiff has informed the Court that the motion to quash by the Doe defendant that identified her IP address as 75.105.12.149 was incorrect because that IP address does not appear in Exhibit A of plaintiff's amended complaint. <u>See</u> Docket No. 77. After reviewing Exhibit A, the Court believes that the IP address identified in the motion to quash was a typographical error and the correct IP address is 74.105.12.149 which belongs to Doe 231. For the reasons explained in the amended order quashing subpoenas (Docket No. 69), **IT IS HEREBY ORDERED** that Doe 231's motion to quash is **GRANTED** and the subpoena is quashed without prejudice to

1

1 | plaintiff seeking a new subpoena in the District where Doe 231
2 | resides. **IT IS FURTHER ORDERED** that plaintiff shall serve a
3 | copy of this order on Doe 231's ISP provider by **September 23,**
4 | **2011.**
5 | Dated: September 20, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER RE DOE 231.wpd