# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

FILED
2011 SEP 22 P 2: 57
CLERK, RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

On the Cheap, LLC d/b/a Tru Filth, LLC,
          Plaintiff,

v

Does 1-5011,

          Defendant.

Civil Action No. CV-10-04472-BZ

---

## WITHDRAWAL OF OBJECTIONS

**NOW COMES** Anonymous, by and through his/her/its attorney and withdraws the objections he/she/it filed to a Subpoena seeking documents, electronically stored information or objects sufficient to identify the names, addresses, telephone numbers, or email addresses of ISP subscribers assigned to the IP address of:

Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.66.227.186.142
00:d0:59:b4:b1:e4 00:1d:09:48:92:04 2010-07-10 21:46:14 2010-08-11 14:51:34

BARRON & ENGSTROM, P.L.C.

Dated:      September 12, 2011

By: Edward F. Engstrom
Attorney for Anonymous