# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Missouri

On the Cheap, LLC d/b/a Tru Filth, LLC,

        Plaintiff,

v                                       Civil Action No. CV-10-04472-BZ

Does 1-5011,

        Defendant.

## PROOF OF SERVICE

| STATE OF MICHIGAN | ) |
|---|---|
|  | )ss |
| COUNTY OF CHARLEVOIX | ) |

    Debra Bowhall, being first duly sworn, deposes and says that on the 12th day of September, 2011, she mailed by first class mail, in a sealed envelope bearing postage fully prepaid thereon, a copy of Withdrawal of Objections and this Proof of Service to Ira M. Siegel, Esq., Law Offices of Ira M. Siegel, 433 N. Camden Drive, Suite 970, Beverly Hills, CA 90210, by depositing the same in a receptacle of the United States Post Office in the City of Charlevoix, Michigan.

                                                                *Debra Bowhall*
                                                                Debra Bowhall
                                                                Law Offices of Barron & Engstrom, P.L.C.

    Subscribed and sworn to before me, a Notary Public, on the 12th day of September, 2011, by Debra Bowhall.

                                                                *Joan L. Miller*
                                                                Joan L. Miller, Notary Public
                                                                Charlevoix County, Michigan
                                                                My commission expires: 07-22-2017