UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON THE CHEAP, LLC, a California Corporation, ) ) ) Plaintiff(s), ) ) v. ) ) ) DOES 1-5011, ) ) Defendant(s). ) | No. C10-4472 BZ<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR MISCELLANEOUS RELIEF** |

Having reviewed plaintiff's recent filing (Docket No. 86), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's request for additional time to notify Doe defendants about this Court's September 6, 2011 Order Severing Doe Defendants 1-16 and 18-5011 ("Severance Order") is **GRANTED IN PART**. Plaintiff shall have until **October, 7, 2011** to notify the Doe defendants, as required by the Severance Order, on the condition that any settlement that plaintiff may reach with a Doe defendant after September 20, 2011 will only be effective if that Doe defendant has received notice of the Severance Order and does not object to the settlement.

2. By **October 20, 2011**, plaintiff's counsel shall file a declaration attesting that plaintiff has complied with the notice requirements set out by the Court, and identifying any settlements that were consummated after September 20, 2011.

3. Plaintiff's request to provide notification by e-mail is **GRANTED** as to any Doe defendants that received a settlement demand from plaintiff by e-mail, but otherwise **DENIED**.

4. The Court's Order Re Doe 231 (Docket No. 81) is **VACATED**. Because the Court is unable to identify the Doe defendant with an IP address of 75.105.12.149, that defendant's motion to quash is **DENIED** without prejudice and plaintiff is not required to notify any ISP provider with respect to that ISP address.

Dated: September 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER RE PLAINTIFF'S MISC. REQUEST FOR RELIEF.wpd