UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ON THE CHEAP, LLC, a )
California Corporation, )
                               )       No. C10-4472 BZ
          Plaintiff(s),        )
                               )
     v.                        )
                               )       **ORDER TERMINATING CIVIL CASE**
                               )       **ADMINISTRATIVELY**
DOES 1-5011,                   )
                               )
          Defendant(s).        )
_____)

     All defendants in this case have been dismissed, the

Clerk of Court is directed administratively to close this case

for statistical purposes.  All pending proceedings, if any,

are taken off calendar.

Dated: October 26, 2011

                              _____
                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\ON THE CHEAP V. DOES\ORDER CLOSING CASE ADMINISTRATIVELY.wpd

1